UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04247-SVW-MBK | Date | August 6, 2026 |
| Title | Hui Dong Yong v. David A. Marin, et al. | | |

| | |
|---|---|
| Present: The Honorable | Michael B. Kaufman, U.S. Magistrate Judge |

| | |
|---|---|
| James Muñoz | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE GRANTED AS UNOPPOSED AND FOR FAILURE TO COMPLY WITH COURT ORDERS

Petitioner Hui Dong Yong filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on July 27, 2026. Dkt. 1. On July 29, 2026, the Court issued a Notice of General Order 26-05 and Briefing Schedule, requiring Respondents to "file an answer to the habeas petition no later than 7 days from the date the Clerk's Office issues this notice." Dkt. 5 at 2. Therefore, the deadline to file an answer to the Petition was August 5, 2026. Dkt. 5.

As of the date of this Order, Respondents' counsel have filed a Notice of Appearance in the action, (Dkt. 9), but have not filed a response to the Petition. Respondents are therefore **ORDERED** to show cause why the Petition should not be granted as unopposed. Respondents' response to this OSC is due on or before **August 7, 2026**. Respondents may respond either by (1) stating that they do not oppose the Petition or (2) filing a response to the Petition in accordance with the procedures set forth in General Order 26-05 (Dkt. 5).

All other requirements of the General Order 26-05 (Dkt. 5) remain in effect.

**IT IS SO ORDERED.**