**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

HUI DONG YONG,
Petitioner,
v.
DAVID A. MARIN, et al.,
Respondents.

Case No. 5:26-cv-04247-SVW-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The undersigned has also independently reviewed Petitioner's objections. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that: (1) Judgment be entered denying the Petition; (2) Petitioner's request for appointment of counsel be denied; (3) Petitioner's request for a preliminary injunction be denied as moot; and (4) this action be dismissed with prejudice.

Dated: October 29, 2026

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE