JS-6

# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI DONG YONG,<br>Petitioner,<br>v.<br>DAVID A. MARIN, et al.,<br>Respondents. | Case No. 5:26-cv-04247-SVW-MBK<br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED and this action is dismissed with prejudice.

DATE: October 29, 2026

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE